# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

ABDULRAHMAN ALFOZAN,
a/k/a Abdul Alfozan,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 2511(1)(b)(iv) – Interception of Oral Communications;

18 U.S.C. § 2513 and 28 U.S.C. § 2461 – Forfeiture Allegation

A true bill.

/S/ Foreperson of the Grand Jury
Foreman

Filed in open court this 27th day of

October, 2026.

S. Ybarra
Clerk

Bail, $ No process

Hon. Alex G. Tse, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Oct 27 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULRAHMAN ALFOZAN,<br>a/k/a Abdul Alfozan,<br><br>Defendant. | CASE NO. 3:26-cr-00539 VC<br><br>VIOLATIONS:<br>18 U.S.C. § 2511(1)(b)(iv) – Interception of Oral Communications;<br>18 U.S.C. § 2513 and 28 U.S.C. § 2461 – Forfeiture Allegation |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2511(1)(b)(iv) – Interception of Oral Communications)

Beginning on a date unknown but no later than on or about September 28, 2026, and continuing through on or about October 5, 2026, in the Northern District of California, the defendant,

ABDULRAHMAN ALFOZAN, a/k/a Abdul Alfozan,

did intentionally use, endeavor to use, and procure any other person to use and endeavor to use any electronic, mechanical, and other device to intercept one or more oral communications, such use or endeavor to use taking place on the premises of, and obtaining and for the purpose of obtaining information relating to the operations of, a business and other commercial establishment the operations of which affect interstate and foreign commerce—that is, OpenAI OpCo, LLC ("OpenAI") in San Francisco, California—in violation of Title 18, United States Code, Section 2511(1)(b)(iv) and (4)(a).

FORFEITURE ALLEGATION: (18 U.S.C. § 2513 and 28 U.S.C. § 2461)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2513 and Title 28, United States Code, Section 2461.

Upon conviction of the offense alleged in Count One above, the defendant,

ABDULRAHMAN ALFOZAN, a/k/a Abdul Alfozan,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2513 and Title 28, United States Code, Section 2461, any electronic, mechanical, or other device used, sent, carried, manufactured, assembled, possessed, sold, or advertised in violation of Title 18, United States Code, Sections 2511 and 2512, including but not limited to the following:

a. one (1) Seeed Studio XIAO ESP32-S3 Sense device with the MAC address 7c:4f:ad:1f:6e:f4 and any associated components, including one (1) microSD card;

b. any audio and/or video recording devices in possession of the defendant while on the premises of OpenAI in San Francisco, California, including one (1) Seeed Studio device seized from the defendant's bag on or about October 5, 2026, and any associated components; and

c. any audio and/or video recording devices and associated components seized from the defendant's residence in Millbrae, California, on or about October 9, 2026, including three (3) Seeed Studio devices.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: October 27, 2026

A TRUE BILL.

*/s/ Foreperson*
FOREPERSON
San Francisco, California

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Nicholas Parker*
NICHOLAS M. PARKER
ERIC CHENG
Assistant United States Attorneys