FILED

Oct 27 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions**: Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | | | |
|---|---|---|---|---|
| **CASE NAME:** USA v. Abdulrahman Alfozan | | | **CASE NUMBER:** CR 3:26-cr-00539 VC | |
| **Is This Case Under Seal?** | **Yes** | **No** ✔ | | |
| **Total Number of Defendants:** | **1** ✔ | **2-7** | **8 or more** | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | **Yes** | **No** ✔ | | |
| **Venue (Per Crim. L.R. 18-1):** | **SF** ✔ | **OAK** | **SJ** | |
| **Is this a potential high-cost case?** | **Yes** | **No** ✔ | | |
| **Is any defendant charged with a death-penalty-eligible crime?** | **Yes** | **No** ✔ | | |
| **Is this a RICO Act gang case?** | **Yes** | **No** ✔ | | |
| **Assigned AUSA (Lead Attorney):** Nicholas Parker | | | **Date Submitted:** 10/27/2026 | |

**Comments:**

Prior proceedings in magistrate court under Case No. 3:26-mj-71329 MAG

RESET FORM SAVE PDF