DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant ALFOZAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULRAHMAN ALFOZAN,<br><br>Defendant. | Case No. 3:26-CR-00539 VC<br><br>**NOTICE OF APPEARANCE AND CHANGE OF COUNSEL** |

Defendant Abdulrahman Alfozan hereby gives notice of his change of counsel pursuant to N.D. Cal. Criminal L.R. 44-2(a). Undersigned counsel for Rizk & Shearer LLP hereby makes a general appearance for all purposes as lead counsel on behalf of Mr. Alfozan. Counsel will appear at the status conference scheduled on November 6, 2026, for the defendant.

October 29, 2026
Date

RIZK & SHEARER LLP

/S
DAVID W. RIZK
Counsel for Mr. Alfozan